**SIEGLE & SIMS L.L.P.**
*The Astor Building*
217 Broadway • Suite 611
New York, New York 10007
Telephone: (212) 406-0110
Facsimile: (212) 406-0110

Eric W. Siegle                                                                                                   Jonathan D. Sims

November 3, 2022

**VIA E-MAIL & ECF**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Attn.: Hon. Katherine Polk Failla



Re:   U.S. v. Robert McGraw
      20- CR-85(KPF)

Dear Honorable Judge Polk Failla:

    We represented Robert McGraw in the above-referenced matter, who was sentenced to 18 months imprisonment and 3 years supervised release. Mr. McGraw has served his sentence of imprisonment and is now on supervised release. We are writing the Court to respectfully request that the Court endorse this letter ordering the Pre-trial Services Office to return Mr. McGraw's passport.

    I have been advised by Pre-Trial Services that an order of the Court is required before they will return same. We thank the Court in advance for its time and courtesy.

Respectfully submitted,

**SIEGLE & SIMS L.L.P.**

Eric W. Siegle

cc:   Danny Nguyen, A.U.S.A. (via email & ECF)

```
Application GRANTED.  Pre-Trial Services is hereby ordered to
return Mr. McGraw's passport.

                                        SO ORDERED.

Dated:    November 4, 2022
          New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE
```